AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
RONALD MCWILLIAMS
DOB: xx/xx/xxxx

*Defendant(s)*

Case: 1:26-mj-000151
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/31/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2026 in the county of ______ in the ______ District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Bryce Carter, Officer, MTPD

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 08/31/2026

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*