Case: 1:26-mj-000151
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/31/2026
Description: COMPLAINT W/ARREST WARRANT

**Statement of Facts**

On August 28, 2026, at approximately 11:01 A.M., your affiant, Officer Bryce Carter, and Officer Nicolas Michel of the Metro Transit Police Department were patrolling at L'Enfant Plaza Metro Station when we were dispatched to a call for service for an individual on a train with a gun. According to the dispatch, the suspect was on the Branch Avenue train that was pulling into L'Enfant Plaza. The lookout for the suspect was a Black male wearing a black T-shirt, black skinny jeans, and a black backpack.

When the train pulled into the station, your affiant observed a suspect, later identified as Ronald Xavier McWilliams, date of birth [redacted], exit the train and matching the description of the suspect that dispatch reported. Your affiant asked MCWILLIAMS if he had anything on him to which he responded, "Yes, sir." MCWILLIAMS then informed Officer Michel that he had a gun in his waistband. Officer Michel removed the firearm and your affiant placed MCWILLIAMS under arrest.

***Figure 1: Screenshot from Officer Michel's body-worn camera.***



***Figure 2: Officer Michel taking a photograph of the recovered firearm.***




The recovered firearm was a Smith & Wesson MP 9mm handgun bearing serial number DXS6281. The recovered firearm was loaded with 9 rounds in the magazine and 1 round in the chamber. The recovered handgun was designed to expel a projectile by the action of an explosion.

Your affiant located and interviewed Witness-1, who was aboard the train and saw MCWILLIAMS with a handgun. Witness-1 stated that he was on the Green Line Branch Avenue metro car when he heard two men arguing behind him. Witness-1 stated that one man was wearing a white shirt and the other was wearing a black shirt, black skinny jeans, and a black backpack. Witness-1 stated the man wearing the black shirt pulled out a handgun and pointed it at the man in the white shirt. Witness-1 stated he told the man in the black shirt to put the gun away on the train, or don't shoot him on the train. The man in the black shirt then put the gun back into his waistband and continued arguing with the man in the white shirt. Witness-1 alerted the police about what he witnessed after he deboarded the train at Mt. Vernon.

A criminal history review of MCWILLIAMS's criminal record revealed that he was

previously convicted in Case Number CT220257B from Upper Marlboro, Maryland to one count of Con. Robbery in 2022. For this conviction, MCWILLIAMS was sentenced to seven years incarceration, six years suspended, and three years of supervised probation.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce before being used in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Ronald MCWILLIAMS with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Officer Bryce Carter
Metro Transit Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 31, 2026.

Honorable Zia M. Faruqui
United States Magistrate Judge